|   |   |
|---|---|
| **JENNY L. FOLEY, Ph.D., ESQ.** | |
| Nevada Bar No. 9017 | |
| E-mail: jfoley@hkm.com | |
| **MARTA D. KURSHUMOVA, ESQ.** | |
| Nevada Bar No. 14728 | |
| E-mail: mkurshumova@hkm.com | |
| **HKM EMPLOYMENT ATTORNEYS LLP** | |
| 1785 East Sahara, Suite 300 | |
| Las Vegas, Nevada 89104 | |
| Tel: (702) 625-3893 | |
| Fax: (702) 625-3893 | |
| *Attorneys for Plaintiff* | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARMONIE MCWILLIAMS, an Individual, | CASE NO.: 2:19-cv-01991-JCM-NJK |
| Plaintiff, | |
| vs. | JOINT STATUS REPORT |
| CITY SEAMLESS LLC, a Foreign Limited-Liability Company; CITY SEAMLESS RAIN GUTTER COMPANY, a California Corporation; FIRST ASCENT, LLC, a Domestic Limited-Liability Company; DOES I -X; and ROE CORPORATIONS I - X. | |
| Defendant. | |

Pursuant to the Court's February 6, 2020 Minutes of Proceedings (ECF 16), Defendants City Seamless LLC, City Seamless Rain Gutter Company, First Ascent, LLC, by and through counsel Mark Hutchings, and Plaintiff Harmonie McWilliams, by and through counsel Jenny L. Foley, Ph.D., Esq., hereby submit their joint report regarding the status of the settlement of this matter.

1. On February 6, 2020, an Early Neutral Evaluation session (ENE) was held with Magistrate Judge Brenda Weksler, during which the parties reached a settlement. Following the ENE, the Court issued Minutes of Proceedings (ECF 16), directing the parties to submit a Joint Status Report on April 21, 2020, if a stipulated dismissal has not been filed by that date.

2. On or about February 17, Mr. Perry sent Ms. Kurshumova the Settlement Agreement for review. The Parties have since then exchanged several revisions but delays due to Covid-19 have prolonged the process. The Parties anticipate finalizing the Settlement Agreement in the next two weeks.

3. Based on the foregoing, the Parties request additional time to execute the Settlement Agreement and to file a stipulation for dismissal of this action.

Dated: April 21, 2020

HUTCHINGS LAW GROUP

By: /s/ Mark Hutchings
MARK HUTCHINGS
552 E Charleston Blvd
Las Vegas, NV 89104
702-660-7700
Fax: 702-522-5202
Email: mhutchings@hutchingslawgroup.com
*Attorney for Defendants*

| | | |
|---|---|---|
| 1 | Dated: April 21, 2020 | HKM EMPLOYMENT ATTORNEYS LLP |

By: */s/ Marta Kurshumova*
JENNY L. FOLEY (Bar No. 9017)
MARTA D. KURSHUMOVA (Bar No. 14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email:  jfoley@hkm.com
Email:  mkurshumova@hkm.com
*Attorneys for Plaintiff*

**IT IS ORDERED** that the parties must file dismissal paperwork or a joint status report by May 15, 2020.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4/22/2020