**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HARMONIE MCWILLIAMS, an Individual, | **CASE NO.: 2:19-cv-01991-JCM-NJK** |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| CITY SEAMLESS LLC, a Foreign Limited-Liability Company; CITY SEAMLESS RAIN GUTTER COMPANY, a California Corporation; FIRST ASCENT, LLC, a Domestic Limited-Liability Company; DOES I -X; and ROE CORPORATIONS I - X. | |
| Defendant. | |

Pursuant to the Court's February 6, 2020 Minutes of Proceedings (ECF 16), Defendants City Seamless LLC, City Seamless Rain Gutter Company, First Ascent, LLC, by and through counsel Mark H. Hutchings, Esq. and Plaintiff Harmonie McWilliams, by and through counsel Jenny L. Foley, Ph.D., Esq., hereby submit their joint report regarding the status of the settlement of this matter.

On February 6, 2020, an Early Neutral Evaluation session (ENE) was held with Magistrate Judge Brenda Weksler, during which the parties reached a settlement. Following the ENE, the Court issued Minutes of Proceedings (ECF 16), directing the parties to submit a Joint Status Report on April 21, 2020, if a stipulated dismissal has not been filed by that date.

On or about February 17, 2020, Mr. Perry sent Ms. Kurshumova the Settlement Agreement for review. The Parties have since then exchanged several revisions but delays due to Covid-19 have prolonged the process. The Parties are in the process of finalizing the latest draft anticipate concluding the settlement process in the next two weeks.

Based on the foregoing, the Parties request additional time to execute the Settlement Agreement and to file a stipulation for dismissal of this action.

Dated: May 19, 2020

**IT IS ORDERED that the parties must file dismissal paperwork or another joint status report regarding the status of settlement by June 12, 2020.**

**IT IS SO ORDERED**

**DATED: May 20, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

HUTCHINGS LAW GROUP

By: */s/ Mark H. Hutchings*
MARK H. HUTCHINGS, ESQ.
552 E Charleston Blvd
Las Vegas, NV 89104
702-660-7700
Fax: 702-522-5202
Email: mhutchings@hutchingslawgroup.com
*Attorney for Defendants*

| | | |
|---|---|---|
| 1 | Dated: May 19, 2020 | HKM EMPLOYMENT ATTORNEYS LLP |
| 2 | | |
| 3 | | By: /s/ *Jenny L. Foley* <br> JENNY L. FOLEY (Bar No. 9017) <br> MARTA D. KURSHUMOVA (Bar No. 14728) |
| 4 | | 1785 East Sahara, Suite 300 |
| 5 | | Las Vegas, Nevada 89104 <br> Telephone: (702) 625-3893 <br> Facsimile: (702) 625-3895 |
| 6 | | Email: jfoley@hkm.com <br> Email: mkurshumova@hkm.com |
| 7 | | *Attorneys for Plaintiff* |