1  JENNY L. FOLEY, Ph.D., ESQ.
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **MARTA D. KURSHUMOVA, ESQ.**
3  Nevada Bar No. 14728
   E-mail: mkurshumova@hkm.com
4  **HKM EMPLOYMENT ATTORNEYS LLP**
   1785 East Sahara, Suite 300
5  Las Vegas, Nevada 89104
   Tel: (702) 625-3893
6  Fax: (702) 625-3893
   *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HARMONIE MCWILLIAMS, an Individual, | CASE NO.: 2:19-cv-01991-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS** |
| CITY SEAMLESS LLC, a Foreign Limited-Liability Company; CITY SEAMLESS RAIN GUTTER COMPANY, a California Corporation; FIRST ASCENT, LLC, a Domestic Limited-Liability Company; DOES I -X; and ROE CORPORATIONS I - X. | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Defendants City Seamless LLC, City Seamless Rain Gutter Company, First Ascent, LLC, by and through counsel Mark H. Hutchings, Esq. and Plaintiff Harmonie McWilliams, by and through counsel Jenny L. Foley, Ph.D., Esq., that the above-captioned case be dismissed in its entirety with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: July 30, 2020

HUTCHINGS LAW GROUP

By: /s/ *[signature]*
MARK HUTCHINGS
552 E Charleston Blvd
Las Vegas, NV 89104
702-660-7700
Fax: 702-522-5202
Email: mhutchings@hutchingslawgroup.com
*Attorney for Defendants*

Dated: July 30, 2020

HKM EMPLOYMENT ATTORNEYS LLP

By: *[signature]*
JENNY L. FOLEY (Bar No. 9017)
MARTA D. KURSHUMOVA (Bar No. 14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email: jfoley@hkm.com
Email: mkurshumova@hkm.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 5, 2020